Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of CLINTON A. CHASE and Mrs. CLINTON A. CHASE, Appellants, for Compensation to Themselves under the Workmen's Compensation Law, for the Death of DEAN CHASE, Deceased, v. CERTAINTEED PRODUCTS CORPORATION, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Respondents.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of SEBASTIANA INSANA, for Compensation under the Workmen's Compensation Law, for the Death of GUISEPPE INSANA, v. NORDENHOLT CORPORATION, Employer, and the TRAVELERS INSURANCE COMPANY, Insurance Carrier.— Motion in so far as it asks for an order in accordance with the mandate of the United States Supreme Court granted.* Motion in so far as it asks for the granting of costs in all courts denied, without costs, on the ground that the reversal by the United States Supreme Court "with costs" meant only costs in that court. Award heretofore made by the State Industrial Commission herein unanimously affirmed, with costs in this court in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of HIMAN KRINSKY, for Compensation under the Workmen's Compensation Law, v. WARD & GOW.— Motion in so far as it asks for an order in accordance with the mandate of the United States Supreme Court granted.† Motion in so far as it asks for the granting of costs in all courts denied, without costs, on the ground that the affirmance by the United States Supreme Court "with costs" meant only costs in that court.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of MONROE MARSHALL, Respondent, etc., for Compensation under the Workmen's Compensation Law, for the Death of ALLEN H. ORDWAY, v. NORTH AMERICAN PROCESS COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted unless, within thirty days, the appellants file and serve printed papers on appeal, in which case motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of Mrs. JENNIE NEWMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. SERVICE CONSTRUCTION COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted unless, within thirty days, appellants file and serve printed papers on appeal, in which case motion is denied.

* See *Industrial Commission* v. *Nordenholt Corp.* (259 U. S. 263; 66 L. ed. —— [U. S. Sup. Ct. Adv. Ops. 1921–22, p. 567]) See, also, *Insana* v. *Nordenholt Corp.* (193 App. Div. 1; Id. 929; on reargument revd., 195 id. 913; affd., 232 N. Y. 507).— [REP.

† See *Ward* v. *Krinsky* (—— U. S. ——; 66 L. ed. —— [U. S. Adv. Ops. 1921–22, p. 616], affg. *Krinsky* v. *Ward*, 193 App. Div. 557; affd.; 231 N. Y. 525).— [REP.